24 So.2d 919

**Frank ROMINE v. STATE.**

8 Div. 311.

Supreme Court of Alabama.

Jan. 31, 1946.

J. N. Powell, of Hartselle, for appellant.

Wm. N. McQueen, Atty. Gen., for the State.

GARDNER, Chief Justice.

The appeal is from a judgment of conviction for murder in the first degree with punishment fixed at life imprisonment.

There is no transcription of the evidence, and the appeal is upon the record. We find the record regular in all respects and nothing here calling for discussion. The judgment is due to be affirmed. It is so ordered.

Affirmed.

FOSTER, LAWSON, and SIMPSON, JJ., concur.